IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY FORD**                                                                                                                        **PLAINTIFF**

V.                               NO. 4:21-cv-00787-LPR-ERE

**TISH JHONSON,** *et al.*                                                                                                **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.     Procedure for Filing Objections**

This Recommendation for the dismissal of Mr. Ford's claims has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.    Discussion**

On September 2, 2021, Marcus Walton, an inmate at the Dallas County Detention Center, filed this § 1983 lawsuit *pro se* on behalf of himself and 13 other inmates, including Plaintiff Corey Ford. Pursuant to Court policy, the lawsuit was separated into 14 separate cases. The Court allowed each Plaintiff to pursue their

own claims in their own lawsuit. *Doc. 1*.

Mr. Ford did not file a complete application for leave to proceed *in forma pauperis* (IFP) including a jail account information sheet signed by an authorized official; nor did he pay a filing fee. Accordingly, on September 7, 2021, the Court directed the Clerk of Court to provide Mr. Ford with an IFP application and ordered him to do one of the following, within 30 days: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $402.00 filing fee. *Doc. 2*. The Court specifically warned Mr. Ford that, if he failed to comply with the Court's Order, this lawsuit would be dismissed. *Id*.

To date, Mr. Ford has not addressed the filing-fee requirement, and the time to do so has passed.

### III.   Conclusion

The Court recommends that Mr. Ford's claims be DISMISSED, without prejudice, based on his failure to: (1) respond to the Court's September 7, 2021 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

DATED this 8th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE