IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY FORD**                                                                                     **PLAINTIFF**

V.                                NO. 4:21-cv-00787-LPR-ERE

**TISH JHONSON,** *et al.*                                                        **DEFENDANTS**

## ORDER

    The Court has received a Recommendation from Magistrate Judge Edie R. Ervin.  No objections have been filed, and the time to do so has passed.  After a careful and *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

    Mr. Ford's claims are DISMISSED without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

    IT IS SO ORDERED this 7th day of December 2021.

                                                                                            LEE P. RUDOFKSY
                                                                                      UNITED STATES DISTRICT JUDGE